UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SOLYM CARRIERS LTD.

          Plaintiff,

- against -

HUDSON SHIPPING LINES, INC.

          Defendant.
------------------------------------------------------------X

08 Civ. 4459 (RMB)
ECF CASE

**MEMO ENDORSED**

## VOLUNTARY ORDER STAYING MATTER PENDING ARBITRATION

The Plaintiff, by its undersigned attorneys, Tisdale Law Offices, LLC, having instituted the above captioned matter and obtained the sought after relief of security pursuant to Rule B of the Federal Rules of Civil Procedure Supplemental Rules for Certain Admiralty and Maritime Claims, and there having been no appearance from the defendant that the above-captioned matter be and hereby is voluntarily stayed pending the resolution of London arbitration pursuant to 9 U.S.C. §8 and 9 U.S.C. §§201-208.

Dated: July 25, 2008
      New York, NY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/28/2008

THE PLAINTIFF,
SOLYM CARRIERS LTD.

By: [signature]
Claurisse Campanale-Orozco (CC 3581)
Thomas L. Tisdale (TT 5263)
TISDALE LAW OFFICES, LLC
11 West 42nd Street, Suite 900
New York, NY 10036
Tel. (212) 354-0025 / Fax (212) 869-0067
corozco@tisdal-law.com
ttisdale@tisdale-law.com

*Application Denied. Lets move this case along.*
SO ORDERED, *Conference on 7/29/08 is NOT adjourned.*
RMB
U.S.D.J. 7/28/08